Prepare Court Papers

the return day of motion. Also make an entry in the suit register and computerized schedule.

325

## AFFIDAVIT FOR USE IN COURT

### Analysis of an Affidavit

The discussion in Chapter 9 of affidavits for use other than in court is applicable to all affidavits. The content of an affidavit for use in court cases always relates to the case. It differs from *verification* in that the affiant swears that facts stated in the affidavit are true, whereas the verifier swears to the truth of statements made in a pleading to which the verification is attached.

An affidavit for use in court cases consists of the following parts:

1. Caption
2. Title
3. Venue
4. Body
5. Signature of affiant
6. Jurat
7. Signature and seal, or stamp, of notary public

### How to Prepare an Affidavit for Court Use

An affidavit for court use is prepared like any other affidavit (Chapter ) with this important exception: It is preceded by a caption like the one on the complaint. It differs from a verification in form in that it is complete, whereas the verification is actually a part of the pleading that follows, whereas the verification is actually a part of the pleading in your office.

Use the size paper required by the court or what is customary in your office.

Use the same caption as that on the complaint and include the index or docket number. The title of the case may be shortened.

After the box, give the recital of the venue.

Add a line for the signature.

*Exhibit "A"*