5. Place the jurat at the left of the page.
6. Add a line for the notary's signature.
7. Word the endorsement according to what the affi[davit] might be "Affidavit in Opposition" or "Affidavi[t of] Mail" or some other subject. If another paper is b[eing filed] with the affidavit, the endorsement will also inc[lude] that paper.
8. After approval by the lawyer, have the affiant [sign the] affidavit.
9. Notarize the original, and make an original for [the court,] for the opposing counsel, and a copy for your fi[le].

See Figure 14.12 for an affidavit in opposition prep[ared]

## MOTIONS OR ASSENTED TO MOTIONS (STI[PULATIONS])

### 14.31. Analysis of a Stipulation

Attorneys for opposing parties frequently make agr[eements on] certain phases of a lawsuit. The agreement might be an [agreement with] the opposing counsel, such as an extension of the tim[e for] pleading, if that is permitted in the jurisdiction without [court order. It could] be an agreement that will save time in court, such as an a[greement on] certain facts.

These agreements between counsel are called *sti[pulations. A stipula]*tion is usually an agreement among the attorneys for a[ll parties to the] action. It could settle a case or one or more issues in [a case, or it could be] simply an agreement between the attorney for the plai[ntiff and the attorney] for a defendant, the other parties defendant not be[ing involved in the] particular stipulation.

Simple motions that do not dispose of the case m[ay be stipulated to and] will normally be granted by the court without hearin[g or argument. Some] state court rules require that the movant (the party [making the motion)] certify that he or she has sought agreement from the [opposing party to any] motion except one that would dispose of the case. (S[ee...

*Exhibit "B"*