IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KATHLEEN HODSON | ) | |
| | ) | Civil Action No. 03-0374e |
| Plaintiff | ) | |
| | ) | Judge Maurice B. Cohill, Jr. |
| vs. | ) | |
| | ) | |
| ALPINE MANOR, INC. d/b/a | ) | |
| INTEGRATED HEALTH SERVICES | ) | |
| OF ERIE AT BAYSIDE | ) | |

## ORDER OF COURT

AND NOW, this _____ day of _____, 2005, it is hereby ORDERED, ADJUDGED, and DECREED that PLAINTIFFS' MOTION TO STRIKE AFFIDAVITS', described herein, is GRANTED.

BY THE COURT:

_____
Judge Maurice B. Cohill, Jr.