IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KATHLEEN HODSON ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ALPINE MANOR, INC. d/b/a ) <br> INTEGRATED HEALTH SERVICES ) <br> OF ERIE AT BAYSIDE ) <br> ) <br> Defendant ) | Civil Action No. 03-0374e <br><br> Judge Maurice B. Cohill, Jr. |

## PLAINTIFFS' MOTION TO STRIKE AFFIDAVITS

AND NOW comes the Plaintiff, KATHLEEN HODSON, pro se, and files the within Motion to Strike Affidavits, as follows:

A. Affidavit of Sheila Rist

H. Affidavit of Carl Kovski

I. Affidavit of Dave Dinges

J. Affidavit of Kathleen Mannion

K. Affidavit of Roger Watkins

L. Affidavit of Jennifer Heiser

P. Affidavit of Ray Martinez

R. Affidavit of Maureen Magraw

S. Affidavit of Carmen Callicott

T. Affidavit of Donna Marsili

1. Plaintiff is asking the Court, to Strike, the preceding list of

Affidavits, on the grounds that they show, no witness to, the signature of the person, signing, each one, nor is there any indication, of any of the preceding Affidavits, being notarized.

2. Plaintiff cites the text, Legal Secretary's Complete Handbook, Fourth Edition, by Mary A. DeVries, on page 325; paragraphs 14.29, which reads Analysis of an Affidavit and 14.30 which reads How to Prepare an Affidavit for Court Use. *Exhibit A + B : see attached*

3. Plaintiff is suspect of " who signed, what,?" on the Affidavits, in question, because of the preceding history of, contradicting statements, in this case, and personal knowledge of, at least three of, the affiants', hostility, towards others, as well as, myself.

WHEREFORE, Plaintiff requests that all of the afore-mentioned Affidavits, be stricken, dismissed, with prejudice.

Respectfully submitted,
*Kathleen Hodson*
KATHLEEN HODSON, pro se
2201 Keystone Drive
Erie, Pennsylvania 16509
814-868-3096

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing **MOTION TO STRIKE AFFIDAVITS,** has been served by United States first class mail, postage pre-paid, this 8th day of August, 2005, upon the following counsel of record:

> MARGOLIS EDELSTEIN
> FIRM NO. 244
> CHARLES SAUL, ESQ.
> LIBERTY WEYANDT, ESQ.
> 310 GRANT STREET
> PITTSBURGH, PA. 15219

*Kathleen Hodson*
KATHLEEN HODSON, pro se