THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KATHLEEN HODSON ) | |
| ) | Civil Action No. 03 - 0374 |
| Plaintiff, ) | |
| ) | |
| vs. ) | Judge Maurice B. Cohill, Jr. |
| ) | |
| INTEGRATED HEALTH SERVICES ) | |
| LONG TERM CARE, INC. d/b/a ) | |
| IHS AT BAYSIDE, ) | |
| ) | |
| Defendant. ) | |

## ORDER OF COURT

**AND NOW**, this _____ day of _____, 2005, it is hereby ORDERED, ADJUDGED, and DECREED that Plaintiff's Motion to Strike Affidavits is DENIED.

BY THE COURT:

_____, J.
Judge Maurice B. Cohill, Jr.