IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KATHLEEN HODSON         ) | |
|                                    )  | Civil Action No. 03-0374 |
|      Plaintiff,        ) | |
|                                    ) | Judge Maurice B. Cohill, Jr. |
|   vs.          ) | |
| ALPINE MANOR, INC. d/b/a    ) | |
| INTEGRATED HEALTH SERVICES  ) | |
| OF ERIE AT BAYSIDE          ) | |
|      Defendant.     ) | |

### PLAINTIFFS' RESPONSE TO DEFENDANTS' RESPONSE
### TO PLAINTIFFS' MOTION TO STRIKE AFFIDAVITS

      **AND NOW**, comes Plaintiff, Kathleen Hodson, pro se, and hereby files it's Response To Defendants' Response To Plaintiffs' Motion To Strike Affidavits:

      1. On July 29, 2005, Defendant filed a Motion For Summary Judgment, which was supported by 10 affidavits, plus other exhibits. Not one of the affidavits, was **witnessed**, nor **notarized**.

      2. On August 8, 2005, Plaintiff filed a Motion To Strike Affidavits, citing the text, Legal Secretary's Complete Handbook, Fourth Edition, author Mary A. DeVries, on page 325; paragraphs 14.29, which reads How to Prepare An Affidavit For Court Use.

      3. Defendant filed a Response To Plaintiffs' Motion to Strike Affidavits, citing 28 U.S.C. 1746 (2005). Taking note of the statement contained within, as

follows; ( other than a deposition, or an oath of office, or an oath required to be taken before a specified official, **other than a notary public**), Plaintiff understands this to mean, the afore-mentioned affidavits, in support of Defendants' Motion For Summary Judgment, are not admissible, and Plaintiffs' Motion To Strike Affidavits, should be granted.

                                            Respectfully Submitted,

                                            *Kathleen Hodson*
KATHLEEN HODSON, pro se
2201 Keystone Drive
Erie, Pennsylvania 16509
814-868-3096

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the PLAINTIFFS' RESPONSE TO DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION TO STRIKE AFFIDAVITS has been served by United States first class mail, postage pre-paid this 19th day of August, 2005, upon the following counsel of record;

        MARGOLIS EDELSTEIN
        Liberty Weyandt, Esq. PA. I.D.#87654
        Charles H. Saul, Esq. PA. I.D.# 19938
        Firm No. 244
        310 Grant Street, Ste. 1500
        Pittsburgh, PA. 15219

        *Kathleen Hodson*
        Kathleen Hodson, pro se