IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KATHLEEN HODSON ) <br> ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ALPINE MANOR, INC. d/b/a ) <br> INTEGRATED HEALTH SERVICES ) <br> OF ERIE AT BAYSIDE ) <br> ) <br> defendant. ) | Civil Action No. 03-0374e <br><br> Judge Maurice B. Cohill, Jr. |

## OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

AND NOW comes Plaintiff, Kathleen Hodson, pro se, and files the within Opposition To Defendants' Motion For Summary Judgment, and in support thereof avers as follows:

1. Defendant is not entitled to summary judgment because (1) Plaintiff can establish a hostile work environment claim, based on religion, and does have evidence to prove she was discriminated against because of her religion under Title VII ; (2) Plaintiff can establish a violation of the Americans' With Disabilities Act, and she has sufficient evidence proving she was discriminated against, and terminated because of her disability; (3) Plaintiff has ample evidence to prove her claim for hostile work environment based on sexual harassment, her disability; and (4) Plaintiff can prove a cause of action for retaliation under Title VII and the ADA, and there is evidence to support a wrongful discharge claim.

2. There exists a genuine issue of material fact in this action as to Plaintiffs' claims and a reasonable jury could conclude that Plaintiff has a valid cause of action, under substantial theory, listed in the Complaint.

3. Therefore, Defendant, is not entitled to a judgment as a matter of law

AND IN CLOSING, Plaintiff, being pro se, stresses the legal policy favoring, my right, to go to trial. A trial is needed to resolve a number of disputed facts: see attached.

WHEREFORE, Plaintiff requests that Defendants' Motion For Summary Judgment, be denied.

Respectfully Submitted,

By /s/ Kathleen Hodson
Kathleen Hodson, pro se
2201 Keystone Drive
Erie, PA. 16509
814-868-3096

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the OPPOSITION TO SUMMARY JUDGMENT, has been served by United States first class mail, postage pre-paid this 19th day of August, 2005, upon the following counsel of record: *and brief in support!*

>MARGOLIS EDELSTEIN
>Liberty Weyandt, Esq.
>Charles H. Saul, Esq.
>Attorneys for the Defendant
>Firm No. 244
>310 Grant Street
>Pittsburgh, PA. 15219

*/s/ Kathleen Hodson*
Kathleen Hodson, pro se