
**INTEGRATED HEALTH SERVICES**

---

Certified 7000 1530 0005 5531 5477

February 4, 2002


Ms. Kathleen Hodson
2201 Keystone Drive
Erie, PA 16509

Ms. Hodson:

On Thursday, January 31, 2002 you presented to Sheila Rist in Human Resources, a paper signed by Chiropracter, Dr. Ang. This paper states that you will be excused from work from January 31 through February 28, 2002, when you will be re-evaluated by Dr. Ang.

We spoke with Lisa Williams of the worker's comp insurance carrier, and we are notifying you that you need to see Dr. John Euliano of Orthopedic & Sports Medicine of Erie at phone number 814-454-8287, He is the treating orthopaedic that the insurance company recognizes to relieve you of work duties.

At this present time you are on an unpaid family leave of absence, effective January 31, 2002. While on this leave you will be responsible for paying your employee benefits. On pay end February 6, 2002 your premiums will be deducted from the pay check dated February 15. However, you will be responsible for pay end February 20 and March 6, if you are still out.

Your deductions are as follows:
DMO Dental            $6.43      PPO High Option          $49.00
Employee Life Ins     $5.36      Short Term Disability    $12.80
Long Term Disability  $2.31

Your payment/check will be made out to Integrated Health Services and you will receive a receipt stating total dollar amount and what paid period you are covering.

Sincerely,

*[signature]*

Carl Kovski
NHA


CC: Dr. Euliano
    Orthopaedic & Sports Medicine of Erie



February 19, 2002

Certified 7000 1530 5531 5491

Ms. Kathy Hodson
2201 Keystone Drive
Erie, PA 16509

Ms. Hodson:

You will be receiving in the mail from Crawford, Slevin & Hicks your short term disability papers. When you receive these papers there will be forms for you to fill out and for your physician to fill out. The employer will also have forms to fill out. Please return all completed forms to IHS Human Resources to be overnighted to Crawford, Slevin & Hicks. (Do not let your physician mail them; this delays the process.) Crawford, Slevin & Hicks will then review all forms to ensure everything is filled out.

At this time the facility still has light duty work available within your 20lb. max of weight lifting. Enclosed is a copy of your light duty job description, as well as the copy you gave us of functional capacity evaluation signed and dated December 18, 2001. These light duty jobs are well within the functional capacity range. Please review these with your physician. If there is something that your physician feels you should not do please have your physician specify.

Please contact the Administrator, Carl Kovski, by February 27, 2001 to set up a time to verify your return to work date, and to go over the light duty job description.

Carl Kovski, NHA
Administrator

CC: Evan J. Jenkins, Esquire
    Lisa Williams of ESIS

Enclosure

*IHS of Erie at Bayside*
4114 Schaper Avenue • Erie, PA 16508 • 814-868-0831 • FAX: 814-868-3566

## SUMMARY PAGE

Patient name : Kathleen Hodson                    Eval date: 12-18-01

Referral source: Dr. M. Ang                       Dx: Lumbar Disc HNP

| LIFTING TOLERANCES: | Occasional | Frequent |
|---|---|---|
| Floor to Knuckle: | 20# | 10# |
| Knuckle to Shoulder: | 10# | did not demonstrate |
| Carry: | 17# | did not demonstrate |

| POSITIONAL TOLERANCES: | Occasional (0-33%) | Frequent (34-66%) | Constant (67-100%) |
|---|---|---|---|
| Sit: | | X | |
| Stand: | | X | |
| Walk: | X | | |
| Squat: | X | | |
| Kneel: | unable | | |
| Climb Stairs: | | X | |
| Reach Forward: | | X | |
| Reach Overhead: | | X | |
| Use Foot Pedals: | | X | |
| Grip Firmly: | | X | |
| Fine Manipulation: | | X | |
| Static Head: | | X | |
| Trunk Bend: | X | | |
| ( ): | | | |
| ( ): | | | |

**RESULT:** The client demonstrated the ability to work in the LIGHT classification category for an 8 hour day. ( According to the US Department of Labor Standards.)

Signed: Evaluator : _D Futmyer, PT_ Date: _12-18-01_
**PHYSICIAN :** *( I concur with the above, with changes as indicated)*
Physician signature here : _____ Date: _____

- **CHECK IN WITH THE SUPERVISOR UPON ARRIVAL FOR ASSIGNMENTS**

**\*LIST ALL DUTIES THAT ARE COMPLETED DURING THE SHIFT AND GIVE TO THE SUPERVISOR BEFORE LEAVING**

-MA-51 FROM BUSINESS OFFICE

-IDDS COMPLETION

-THIN CHARTS (GET DIRECTION FROM C. COVERDALE AND <u>ALL</u> CHARTS NEED THINNED

-DINING ROOM - MONITOR AND FEED AT <u>ALL</u> MEALS DURING YOUR SHIFT-WEEKDAYS AND WEEKENDS

-NURSING ASSESSMENTS

-WARD CLERK DUTIES ON WEEKENDS AND WARD CLERKS DAYS OFF

-CHECK ALL DOOR NAME PLATES FOR ACCURACY AND REPLACE

-CHECK ALL RESIDENT NAME BANDS AND REPLACE

-SCHEDULING- CHECK WITH CAROL OTIS

-OTHER DUTIES AS ASSIGNED

-COPYING

SCHEDULED WORK HOURS WILL BE (7:00AM to 3:30PM.)



## BAYSIDE SCHEDULE

IHS 260

| | Mar 30 | 31 | Apr 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | T | W | Th | F | Sa | S | M | Tu | W | Th | F | Sa | S | M | Tu | W | Th | F | Sa S M Tu W |
| Hodson | 7 | 7 | 7 | — | — | — | 7 | 3 | — | 3 | 3 | / | 3 | 3 | 3 | 3 | 3 | 3 | / |

Lt. Doty
AWB
Lu

Kathy,
We can start you on chemo lot A
Need to get back in the swing of things. Remember Just do it Respiration NO Lifting Have Chip's other nurse help Have CNA supervisors/Nurses push your CNAs ½ Down the hall, ½ Re positioning or turning

RESIDENTS

## RETURN TO WORK RECOMMENDATIONS

**ERIE CHIROPRACTIC**
Dr. Michael Ang, D.C.
2554 W. 26th St.
Erie, PA 16506
(814) 838-4444

Patient: **Kathleen Hodson**   Date: **1/31/2002**

Company: **IHS of Erie at Bayside**   Date of Injury: **3/30/2001**
✓ Work Related   ___ Not Work Related

I saw/treated this patient and:

**✓** Patient is unable to work at this time and will be reevaluated on **2/28/2002**

___ Patient is able to work with no limitations or restrictions on ___/___/___

___ Patient is able to work with the following restrictions:

### PATIENT IS TO OBSERVE THE FOLLOWING LIMITATIONS:

___ Lifting with a limit of:   ___ none   ___ 0 - 10 lbs   ___ 10 - 20 lbs   ___ 20 - 50 lbs   ___ 50 - 70 lbs   ___ 70 lbs & over

___ Standing/Walking with a daily limit of:   ___ none   ___ 1 - 2 hours   ___ 3 - 4 hours   ___ 4 - 6 hours   ___ 6 - 8 hours

___ Sitting with a daily limit of:   ___ none   ___ 1 - 2 hours   ___ 3 - 4 hours   ___ 4 - 6 hours   ___ 6 - 8 hours

___ Driving with a daily limit of:   ___ none   ___ 1 - 2 hours   ___ 3 - 4 hours   ___ 4 - 6 hours   ___ 6 - 8 hours

___ Repetitive hand motions to be avoided:
   ___ Grasping   ___ Fine Manipulation   ___ Pushing and Pulling   ___ Rotation   ___ Right
   ___ Grasping   ___ Fine Manipulation   ___ Pushing and Pulling   ___ Rotation   ___ Left

___ Repetitive motions to be avoided:
   ___ Bending   ___ Squatting   ___ Climbing   ___ Overhead reaching   ___ Twisting
   ___ Carrying   ___ Stooping   ___ Pushing   ___ Pulling   ___ Kneeling

Other Restrictions: **Increased back pain**

THESE RESTRICTIONS ARE IN EFFECT UNTIL **2/28/2002** OR UNTIL PATIENT IS REEVALUATED.

Doctor's Signature: *Michael K. Ang DC, ABDA*

Date: **1/31/2002**

DEA # _____

**Mary Ann Andriole-Wendel, D.O.**
**Anne-Marie Liszka, D.O.**
306 West 11th Street
Erie, PA 16501
814-456-8105

PA Lic No. OS-007550-L        PA Lic No. OS-006569-L

Name  Kathleen Hodson

Address _____ Date 2/14/02

℞ (Please Print)

excuse pt from work

2/14, 2/15, 4/16, 4/17

due to back strain

Refill _____ Times    PRN    NR

Substitution Permissible __________ D.O.

IN ORDER FOR A BRAND NAME PRODUCT TO BE DISPENSED,
THE PRESCRIBER MUST HANDWRITE BRAND NECESSARY OR
BRAND MEDICALLY NECESSARY IN THE SPACE BELOW.

04-SEP-01                    TRI01C904_100173494-1_0;_25923_0010



WORKERS' COMPENSATION MEDICAL REPORT

THIS FORM IS TO BE FILED WITH THE EMPLOYER OR INSURER ACCORDING TO INSTRUCTIONS PROVIDED ON THIS FORM.

Name of Employee  KATHLEEN HODSON

Name of Employer  IHS AT BAYSIDE

Name of Insurer  IHS OF ERIE AT BAYSIDE

Claim Number (if known)  C395C 5257989   Date of Birth  11/26/46

Employee SS#  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   Date of Injury  3/30/01

Date of Report  3/5/02

Provider Name  ORTHOPAEDIC & SPORTS MEDICINE

---

ORTHOPAEDIC & SPORTS MEDICINE OF ERIE, P.C.
300 STATE ST. • SUITE 400 A • ERIE, PA 16507
PHONE (814) 454-8287 • FAX (814) 454-8470

| DATE | NAME | REFERRING PHYSICIAN |
|---|---|---|
| 03/05/02 | KATHLEEN HODSON | |

The patient apparently has not returned to work because of her severe pain and her family physician kept her off work for some period of time. She states that the pain is worsening. It is in her back and now it is going to her left leg as well. She has been taking muscle relaxants and Darvocet. She tells me that she just knows she is not capable of working. She did see Dr. Falasca for initial evaluation and injections are going to be carried out on March 14th. At her request, I have given her a slip that she can be off work for two weeks to facilitate the injections. I gave her a prescription for Darvocet N 100, 30 with two refills. I gave her the benefit of the doubt, however, I think that her complaints are out of proportion to the MRI findings that we have been able to ascertain up until this point in time.

John J. Euliano, Jr., M.D./cao

---

Providers may not charge for documentation supporting a claim for payment. Providers may charge their usual fee for special reports specifically requested by the Employer/Insurer. All patient information shall be submitted with the knowledge of the patient and must be maintained as confidential by the Employer/Insurer. The insurance plan or program shall not be liable to pay for treatment until the report/claim form has been filed.

Listed on the reverse are guidelines for the completion of billing forms and submission of records.

BY MR. LEVINE:

Q   With regard to the document here, do you know whether or not Kathy received it?

A   I handed it to her personally and discussed it with her.

Q   Okay. And is this a schedule?

A   Yes, this would be the days she's worked. She come in at 7:00 on these days or at 3:00 on these days.

Q   This would have been for March?

A   Starts March 29th.

Q   Okay. The only other thing I wanted to check with you is would you agree with me prior to the last day that Ms. Hodson was at IHS, she had never been reprimanded for leaving work early?

A   I couldn't speak for that during the time period that I was director of nursing.

Q   So during the time period you were director of nursing, there were no problems like that?

1   A   For leaving early?

2   Q   Yes.

3   A   Not that I know of.

4   Q   There were no problems where you felt you

5       had to reprimand her for declining work?

6   A   For declining work, not that I know of,

7       no.

8           MR. LEVINE:  I have nothing

9       further at this time.

10          THE JUDGE: Mr. Miller?

11          MR. MILLER:  Nothing further,

12      your Honor.

13          THE JUDGE: Okay, fine.  You can

14      step down.  Thank you.

15          MR. LEVINE:  Just some

16      testimony of the claimant, your

17      Honor.

18          THE JUDGE: Okay, fine.  Would

19      you retake the stand here, please,

20      and you're still under oath.

21          THE CLAIMANT: Okay.

20130 A MON    CINDY BURGER

Business Unit: **20130**        **Termination Form**

Name: **HODSON**            **Kathleen**    ___        Social Security: **200 34-7211**
    Last                    First        MI

### Personal Data

Please list address employee wants final paycheck sent if different from current address.

Address: _____

City: _____ State: ____ Zip: _____    Phone #: ( ___ ) ____ - _____

### Job Data

Effective Date: **05/20/02**    Last Day Worked: **05/17/02**

Action:        **Per Brodsett e Corp Legal**

[X] Termination

- [ ] Attendance
- [ ] Elimination of Position
- [ ] Mutual consent
- [ ] Failure to return from leave
- [ ] Death
- [ ] License expired
- [ ] Layoff
- [ ] Resignation
- [ ] Dissatisfaction
- [ ] Gross Misconduct
- [ ] Unsatis. Perform.
- [ ] Transfer to Affiliate
- [X] Job Abandonment    **Refused to Do Hall Assignment**
- [ ] Retirement

Is there any continuance of benefits or compensation after termination?    [ ] Yes    If yes, please attach proper documentation
                                                                            [ ] No

Comments: _____

Signatures:
Manager: _____    Date: _____    H/R: **Sli Q K. R**    Date: **4-24-03**
Administrator: **Mentil**        Date: **4-24-03**    Budget: _____    Date: _____
Next Level Mgr: _____    Date: _____

IHS 275

Entity # 0130              **Data Change Form**              Cynthia 0130ZI. A-Mon

Name: Hobson_____ Kathleen_____ ____  Social Security: 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
         Last              First         MI

---------- Please complete only the items which are changing. ----------

### Personal Data

Address: _____
City: _____ State: ____ Zip: _____    Phone #: (___) ___-____

Marital Status:                                Citizenship:
☐ Single    ☐ Widowed                          ☑ Native         ☐ Alien Permanent
☐ Married   ☐ Divorced                         ☐ Naturalized    ☐ Alien Temporary
☐ Separated

### Job Data

Effective Date: 05/20/02

Action:
☐ Data Change
  ☐ FT to PT     ☐ PRN to PT
  ☐ FT to PRN    ☐ PRN to FT
  ☐ PT to FT     ☐ PT to PRN
  ☐ Other _____
  New Std Hours _____ Hrs/Wk

☐ Pay Rate Change
  ☐ Adjustment       ☐ Min. Wage Increase
  ☐ Cost of Living   ☐ Union Raise
  ☐ Merit            ☐ Across the Board
  ☐ Other _____
  New Rate $ _____

☐ Promotion      Entity # _____
☐ Transfer       Dept. # _____
☐ Demotion       Job Title: _____
                 Job Code: _____

☑ LOA
  ☐ FMLA              ☑ Workers Compensation
  ☐ Personal          ☐ Military Service
  ☐ Education         ☐ Other _____
  Expected Return Date: __/__/__

☐ Suspension
☐ Return From LOA/Suspension

☐ Union Affiliation Change
  Union Code: _____
  Effective Date of Membership __/__/__

**Corporate Use Only**
G/L Paytype: _____
G/L Override: _____
B.U. _____

### Tax Data

**Federal Tax Data**
Marital Status:
☐ Single
☐ Married
Withholding Allow. _____
Addl. Withholding:
☐ $ _____
☐ % _____

**State Tax Data**
Marital Status:
☐ Single
☐ Married
Withholding Allow. _____
Addl. Withholding:
☐ $ _____
☐ % _____
Resident State _____

**Local Tax Data**
Resident:
☐ Yes
☐ No
Locality: _____   County: _____
Withholding Allow. _____
Addl. Withholding:
☐ $ _____
☐ % _____

Comments: _____

Signatures:
Manager: _____ Date: _____   H/R: _____ Date: 5-22-02
Administrator: _____ Date: 5-24-02   Budget: _____ Date: _____
Next Level Mgr.: _____ Date: _____

IHS 274

|  | RATING | COMMENTS |
|---|---|---|

### HUMAN RELATIONS

1. A positive working relationship with patients/residents, visitors and facility staff is demonstrated.   1 (2) 3

2. Authority is acknowledged and response to the direction of supervisors is appropriate.   1 (2) 3

3. Time is spent with patients/residents rather than other personnel.   1 (2) 3

4. Co-workers are readily assisted as needed.   1 (2) 3

### COST AWARENESS

1. Supplies are used appropriately.   1 (2) 3

2. Charge stickers (or charge system) are utilized appropriately.   1 (2) 3

3. Minimal supplies are stored in the patient/resident room.   1 (2) 3 — too often found in stacks in the med rooms

4. Discharge medications are returned to the pharmacy in a timely manner.   1 2 (3)

5. Floor-stock medications are charged and restocked.   1 (2) 3

### PERFORMANCE INCIDENTS OR TRENDS:

Well liked by residents, Consistent in care

---

Revised: 2/94
Reviewed:

©Integrated Health Services, Inc. 1994

17

IHS 178