IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

KATHLEEN HODSON )
)
)        Civil Action No.   03 - 0374e
        Plaintiff, )
)
)
vs. )        Judge Maurice B. Cohill, Jr.
)
)
ALPINE MANOR, INC. d/b/a )
INTEGRATED HEALTH SERVICES )
OF ERIE AT BAYSIDE )
)
        Defendant. )

**EXHIBITS TO DEFENDANT'S REPLY BRIEF
IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**



**INTEGRATED HEALTH SERVICES**

Certified 7000 1530 0005 5531 5477

February 4, 2002

Ms. Kathleen Hodson
2201 Keystone Drive
Erie, PA 16509

Ms. Hodson:

On Thursday, January 31, 2002 you presented to Sheila Rist in
Human Resources, a paper signed by Chiropracter, Dr. Ang. This
paper states that you will be excused from work from January 31
through February 28, 2002, when you will be re-evaluated by Dr.
Ang.

We spoke with Lisa Williams of the worker's comp insurance
carrier, and we are notifying you that you need to see Dr. John
Euliano of Orthopedic & Sports Medicine of Erie at phone number
814-454-8287, He is the treating orthopaedic that the insurance
company recognizes to relieve you of work duties.

At this present time you are on an unpaid family leave of
absence, effective January 31, 2002. While on this leave you
will be responsible for paying your employee benefits. On pay
end February 6, 2002 your premiums will be deducted from the pay
check dated February 15. However, you will be responsible for
pay end February 20 and March 6, if you are still out.

Your deductions are as follows:
| | | | |
|---|---|---|---|
| DMO Dental | $6.43 | PPO High Option | $49.00 |
| Employee Life Ins | $5.36 | Short Term Disability | $12.80 |
| Long Term Disability | $2.31 | | |

Your payment/check will be made out to Integrated Health Services
and you will receive a receipt stating total dollar amount and
what paid period you are covering.

Sincerely,

Carl Kovski
NHA

CC: Dr. Euliano
    Orthopaedic & Sports Medicine of Erie



**EXHIBIT**

**A**

4114 Schaper Avenue                                    1 • FAX: 814-868-3566



# Orthopaedic and Sports Medicine of Erie

Nick Stefanovski, M.D.
Gary J. Cortina, M.D.
John J. Euliano, Jr. M.D.
David M. Babins, M.D.
Kathy Sullivan, PA-C

300 State Street  •  Suite 400A  •  Erie, Pennsylvania 16507
(814) 454-8287  •  FAX (814) 454-8470

DATE: _2 - 11 - 02_

TO WHOM IT MAY CONCERN:

_Hodson, Kathleen_____ IS RELEASED TO

RETURN TO WORK ON __2-11 - 02_____

RETURN TO:      _____  REGULAR DUTY  _____ HOURS

                ☒  LIGHT DUTY  _____ HOURS

RESTRICTIONS: _20#  Lft.g  Rotat.n_____

_____ John Euliano, M.D. _____

EXHIBIT

B

tabbies



February 19, 2002

Certified 7000 1530 5531 5491

Ms. Kathy Hodson
2201 Keystone Drive
Erie, PA 16509

Ms. Hodson:

You will be receiving in the mail from Crawford, Slevin & Hicks.
Your short term disability papers. When you receive these papers
there will be forms for you to fill out and for your physician to
fill out. The employer will also have forms to fill out. Please
return all completed forms to IHS Human Resources to be
overnighted to Crawford, Slevin & Hicks. (Do not let your
physician mail them; this delays the process.) Crawford, Slevin
& Hicks will then review all forms to ensure everything is filled
out.

At this time the facility still has light duty work available
within your 20lb. max of weight lifting. Enclosed is a copy of
your light duty job description, as well as the copy you gave us
of functional capacity evaluation signed and dated December 18,
2001. These light duty jobs are well within the functional
capacity range. Please review these with your physician. If
there is something that your physician feels you should not do
please have your physician specify.

Please contact the Administrator, Carl Kovski, by February 27,
2001 to set up a time to verify your return to work date, and to
go over the light duty job description.

Carl Kovski, NHA
Administrator

CC: Evan J. Jenkins, Esquire
     Lisa Williams of ESIS

Enclosure

**EXHIBIT**

C

4114 Schaper Avenue •              • FAX: 814-868-3566

## SUMMARY PAGE

Patient name : Kathleen Hodson                Eval date: 12-18-01

Referral source: Dr. M. Ang                   Dx: Lumbar Disc HNP

| LIFTING TOLERENCES: | Occasional | Frequent |
|---|---|---|
| *Floor to Knuckle:* | *20#* | *10#* |
| *Knuckle to Shoulder:* | *10#* | *did not demonstrate* |
| *Carry:* | *17#* | *did not demonstrate* |

| POSITIONAL TOLERENCES: | Occasional (0-33%) | Frequent (34-66%) | Constant (67-100%) |
|---|---|---|---|
| *Sit:* | | X | |
| *Stand:* | | X | |
| *Walk:* | X | | |
| *Squat:* | X | | |
| *Kneel:* | unable | | |
| *Climb Stairs:* | | X | |
| *Reach Forward:* | | X | |
| *Reach Overhead:* | | X | |
| *Use Foot Pedals:* | | X | |
| *Grip Firmly:* | | X | |
| *Fine Manipulation:* | | X | |
| *Static Head:* | | X | |
| *Trunk Bend:* | X | | |
| *(          ):* | | | |
| *(          ):* | | | |

**RESULT:** The client demonstrated the ability to work in the LIGHT classification category for an 8 hour day. ( According to the US Department of Labor Standards.)

Signed: Evaluator : _D Feltmeyer, PT_ Date: _12-18-01_

PHYSICIAN : *( I concur with the above, with changes as indicated)*

Physician signature here : _____ Date:_____

- ## CHECK IN WITH THE SUPERVISOR UPON ARRIVAL FOR ASSIGNMENTS

## *LIST ALL DUTIES THAT ARE COMPLETED DURING THE SHIFT AND GIVE TO THE SUPERVISOR BEFORE LEAVING

-MA-51 FROM BUSINESS OFFICE

-IDDS COMPLETION

-THIN CHARTS (GET DIRECTION FROM C. COVERDALE AND ALL CHARTS NEED THINNED

-DINING ROOM - MONITOR AND FEED AT ALL MEALS DURING YOUR SHIFT-WEEKDAYS AND WEEKENDS

-NURSING ASSESSMENTS

-WARD CLERK DUTIES ON WEEKENDS AND WARD CLERKS DAYS OFF

-CHECK ALL DOOR NAME PLATES FOR ACCURACY AND REPLACE

-CHECK ALL RESIDENT NAME BANDS AND REPLACE

-SCHEDULING- CHECK WITH CAROL OTIS

-OTHER DUTIES AS ASSIGNED

-COPYING

SCHEDULED WORK HOURS WILL BE 7:00AM to 3:30PM.

# RETURN TO WORK RECOMMENDATIONS

**ERIE CHIROPRACTIC**
**Dr. Michael Ang, D.C.**
**2554 W. 26th St.**
**Erie, PA 16506**
**(814) 838-4444**

Patient _Kathleen Hodson_                    Date _1 / 31 / 2002_

Company _IHS of Erie at Bayside_    ✓ Date of Injury _3 / 30 / 2001_
                                     Work Related ____ Not Work Related

I saw/treated this patient and:

✓ Patient is unable to work at this time and will be reevaluated on _2 / 28 / 2002_

____ Patient is able to work with no limitations or restrictions on ____/____/____

____ Patient is able to work with the following restrictions:

## PATIENT IS TO OBSERVE THE FOLLOWING LIMITATIONS:

____ Lifting with a limit of: ____ none ____ 0 - 10 lbs ____ 10 - 20 lbs ____ 20 - 50 lbs ____ 50 - 70 lbs ____ 70 lbs & over

____ Standing/Walking with a daily limit of: ____ none ____ 1 - 2 hours ____ 3 - 4 hours ____ 4 - 6 hours ____ 6 - 8 hours

____ Sitting with a daily limit of: ____ none ____ 1 - 2 hours ____ 3 - 4 hours ____ 4 - 6 hours ____ 6 - 8 hours

____ Driving with a daily limit of: ____ none ____ 1 - 2 hours ____ 3 - 4 hours ____ 4 - 6 hours ____ 6 - 8 hours

____ Repetitive hand motions to be avoided:
 ____ Grasping ____ Fine Manipulation ____ Pushing and Pulling ____ Rotation ____ Right
 ____ Grasping ____ Fine Manipulation ____ Pushing and Pulling ____ Rotation ____ Left

____ Repetitive motions to be avoided:
 ____ Bending ____ Squatting ____ Climbing ____ Overhead reaching ____ Twisting
 ____ Carrying ____ Stooping ____ Pushing ____ Pulling ____ Kneeling

Other Restrictions: _____

_Increased back pain_ _____

_____

_____

THESE RESTRICTIONS ARE IN EFFECT UNTIL _2 / 28 / 2002_ OR UNTIL PATIENT IS REEVALUATED.

_Michael K. Ang Dc, ABDA_
_____                    _1 / 31 / 2002_
Doctor's Signature                                    Date

**EXHIBIT**
tabbies O
____

110?

WORKERS

THIS FORM IS TO BE FILED WITH THE EMPLOYER OR INSURER ACCORDING TO
INSTRUCTIONS PROVIDED ON THIS FORM.

Name of Employee    KATHLEEN HODSON

Name of Employer    IHS AT BAYSIDE

Name of Insurer    IHS OF ERIE AT BAYSIDE

Claim Number (if known)   C 395 C 525 7989    Date of Birth   11/26/46

Employee SS#    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    Date of Injury   3/30/01

Date of Report    3/5/02

Provider Name    ORTHOPAEDIC & SPORTS MEDICINE

ORTHOPAEDIC & SPORTS MEDICINE OF ERIE, P.C.
300 STATE ST. • SUITE 400 A • ERIE, PA 16507
PHONE (814) 454-8287 • FAX (814) 454-8470

| 03/05/02 | KATHLEEN HODSON | REFERRING PHYSICIAN |
|---|---|---|
| DATE | NAME | |

The patient apparently has not returned to work because of her severe pain and her family
physician kept her off work for some period of time. She states that the pain is worsening. It
is in her back and now it is going to her left leg as well. She has been taking muscle relaxants
and Darvocet. She tells me that she just knows she is not capable of working. She did see Dr.
Falasca for initial evaluation and injections are going to be carried out on March 14th. At her
request, I have given her a slip that she can be off work for two weeks to facilitate the
injections. I gave her a prescription for Darvocet N 100, 50 with two refills. I gave her the
benefit of the doubt, however, I think that her complaints are out of proportion to the MRI
findings that we have been able to ascertain up until this point in time.

John J. Euliano, Jr., M.D./cao

Providers may not charge for documentation supporting a claim for payment. Providers may charge
their usual fee for special reports specifically requested by the Employer/Insurer. All patient information
shall be submitted with the knowledge of the patient and must be maintained as confidential by the Employer/
Insurer. The insurance plan or program shall not be liable to pay for treatment until the report/claim form has
been filed.

Listed on the reverse are guidelines for the completion of billing forms and submission of records.

EXHIBIT

E

MARY ANN ANDRIOLE-WENDEL, D.O.
ANNE-MARIE LISZKA, D.O.
306 WEST 11TH STREET
ERIE, PA 16501
814-456-8105

PA LIC NO. OS-007550-L                    PA LIC NO. OS-008569-L

NAME   Kathleen Hudson

ADDRESS _____  DATE 2-18-02

℞ (Please Print)

Excuse from work
till now till
April 1st
   — pt c medical
      condition.

REFILL _____ TIMES    PRN    NR

SUBSTITUTION PERMISSIBLE _MAWendel_ D.O.
IN ORDER FOR A BRAND NAME PRODUCT TO BE DISPENSED,
THE PRESCRIBER MUST HANDWRITE BRAND NECESSARY OR
BRAND MEDICALLY NECESSARY IN THE SPACE BELOW.

04-SEP-01                              TRI010904_100173494-1_01_25993_0010

---

DEA # _____

MARY ANN ANDRIOLE-WENDEL, D.O.
ANNE-MARIE LISZKA, D.O.
306 WEST 11TH STREET
ERIE, PA 16501
814-456-8105

PA LIC NO. OS-007550-L                    PA LIC NO. OS-008569-L

NAME   Kathleen Hodson

ADDRESS _____  DATE 2/14/02

℞ (Please Print)

excuse pt from work
2/14, 2/15, 2/16, 2/17
due to back strain

REFILL _____ TIMES    PRN    NR

SUBSTITUTION PERMISSIBLE _____ D.O.
IN ORDER FOR A BRAND NAME PRODUCT TO BE DISPENSED,
THE PRESCRIBER MUST HANDWRITE BRAND NECESSARY OR
BRAND MEDICALLY NECESSARY IN THE SPACE BELOW.

04-SEP-01                              TRI010904_100173494-1_01_25993_0010



EXHIBIT

F

# BAYSIDE SCHEDULE

| | MAR | | APR | | | | | | | | | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | Sa | S | M | Tu | W | Th | F | Sa | S | M | Tu | W | Th | F | Sa | S | M | Tu | W |
| | 30 | 31 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| Hodson | 7 | 7 | 1 | 1 | 1 | 1 | 7 | 3 | 3 | 1 | 3 | 3 | 1 | 4 | 3 | 3 | 1 |

Antony,

We can start you on days for a week to get back in the swing of things. Review Bon July 20th Restriction.

NO lifting

Have CNA's / other nurse help

Lane End / Supervisors nurses Push your CNA's $ Down time will not be performing any testing

RESIDENTS

IHS 260

EXHIBIT
G

tabbies®

CNA Hodson
Lt. Doty
AW&

20130 A MON    CINDY BURGER

Business Unit: 20130    **Termination Form**

Name: _HODSON_    _Kathleen_    _MI_    Social Security: _200_ _34_ - _7211_
      Last          First

| Personal Data | **Please list address employee wants final paycheck sent if different from current address.** |
|---|---|
| | Address: _____ |
| | City: _____ State: ____ Zip: _____ Phone #: ( ___ ) ____ - _____ |

**Job Data**

Effective Date: _05_ / _20_ / _02_    Last Day Worked: _05_ / _17_ / _02_

Action: _Per Brodsett e Corp Legal_

☒ Termination

- ☐ Attendance
- ☐ Death
- ☐ Dissatisfaction
- ☒ Job Abandonment

- ☐ Elimination of Position
- ☐ License expired
- ☐ Gross Misconduct

- ☐ Mutual consent
- ☐ Layoff
- ☐ Unsatis. Perform.

- ☐ Failure to return from leave
- ☐ Resignation
- ☐ Transfer to Affiliate

_Refused to No Hair Assignment_

☐ Retirement

Is there any continuance of benefits or compensation after termination?  ☐ Yes  If yes, please attach proper documentation
                                                                          ☐ No

| Comments: | _____ |
|---|---|
| | _____ |

Signatures:

Manager: _____ Date: _____ H/R: _80:Q K. R___ Date: _4-24-03_

Administrator: _Man til_ Date: _4-24-03_ Budget: _____ Date: _____

Next Level Mgr: _____ Date: _____

**EXHIBIT**

tabbies    **H**

IHS 275

Entity # 0130                    **Data Change Form**                Cynthia 0130ZI. A-Mon

Name: Hobson _____ Kathleen _____  ___    Social Security: 200 _ 34 _ 7211
              Last                    First              MI

*................. Please complete only the items which are changing. ...................*

| | |
|---|---|
| **Personal Data** | Address: _____ <br> City: _____ State: _____ Zip: _____    Phone #: ( __ ) ____ - ____ <br> Marital Status: ☐ Single ☐ Widowed / ☐ Married ☐ Divorced / ☐ Separated    Citizenship: ☐ Native ☐ Alien Permanent / ☐ Naturalized ☐ Alien Temporary |

**Job Data**

Effective Date: 05 / 20 / 02

Action:
☐ Data Change
 ☐ FT to PT   ☐ PRN to PT
 ☐ FT to PRN  ☐ PRN to FT
 ☐ PT to FT   ☐ PT to PRNT
 ☐ Other _____
 New Std Hours _____ Hrs / Wk

☐ Pay Rate Change
 ☐ Adjustment   ☐ Min. Wage Increase
 ☐ Cost of Living ☐ Union Raise
 ☑ Merit        ☐ Across the Board
 ☐ Other _____
 New Rate $ _____

☐ Promotion        Entity # _____
☐ Transfer         Dept. # _____
☐ Demotion         Job Title: _____
                   Job Code: _____
☒ LOA
 ☐ FMLA         ☑ Workers Compensation
 ☐ Personal     ☐ Military Service
 ☐ Education    ☐ Other _____
                Expected Return Date: __ / __ / __
☐ Suspension
☐ Return From LOA/Suspension

☐ Union Affiliation Change
 Union Code: _____
 Effective Date of
 Membership __ / __ / __

| Corporate Use Only |
|---|
| G/L Paytype: _____ <br> G/L Override: _____ <br> B.U. _____ |

**Tax Data**

| Federal Tax Data | State Tax Data | Local Tax Data |
|---|---|---|
| Marital Status: <br> ☐ Single <br> ☐ Married <br> Withholding Allow: _____ <br> Addt. Withholding: <br> ☐ $ _____ <br> ☐ % _____ | Marital Status: <br> ☐ Single <br> ☐ Married <br> Withholding Allow: _____ <br> Addt. Withholding: <br> ☐ $ _____ <br> ☐ % _____ <br> Resident State | Resident: <br> ☐ Yes <br> ☐ No <br> Locality: _____ <br> Withholding Allow: _____ <br> Addt. Withholding: <br> ☐ $ _____ <br> ☐ % _____ <br> County: _____ |

**Comments:** _____

Signatures:
Manager: _____ Date: _____ H/R: 8l.Ω)K.R _____ Date: 5-22-02
Administrator: _____ Date: 5-24-07  Budget: _____ Date: _____
Next Level Mgr: _____ Date: _____

EXHIBIT
I
tables

IHS 274



Circulation Date: 04/30/2003

COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF LABOR AND INDUSTRY
BUREAU OF WORKERS' COMPENSATION
814-871-4632

```
IHS AT BAYSIDE
4114 SCHAPER AVENUE
ERIE PA 16508-0000
```

## DECISION RENDERED COVER LETTER

**Bureau Claim Number:**   2296947

**Insurer Claim Number:**   C395C525798-9/526

**Petitions:**

Claim-Pet
> Amended To: Pet-To Seek Approval of Compromise and Release

Penalty-Pet
> Amended To: Pet-To Seek Approval of Compromise and Release

Pet-To Modify Compensation
> Amended To: Pet-To Seek Approval of Compromise and Release

Pet-To Suspend Compensation
> Amended To: Pet-To Seek Approval of Compromise and Release

Pet-To Terminate Compensation Benefits
> Amended To: Pet-To Seek Approval of Compromise and Release

KATHLEEN HODSON
2201 KEYSTONE DRIVE
ERIE, PA 16509-0000

BARRY LEVINE   ESQ
LEVINE LAW OFFICE
922 PEACH ST
ERIE, PA 16501

Vs

IHS AT BAYSIDE
4114 SCHAPER AVENUE
ERIE, PA 16508-0000

EVAN JENKINS, ESQ.
POST & SCHELL PC
STE 2800   CNG/DOMINION TWR
625 LIBERTY AVE
PITTSBURGH, PA 15222

**Judge:**   Edward A Pastewka
3400 Lovell Place - Third Floor
13th and Holland Streets
Erie, PA 16503

The attached Decision of the Judge is final unless an appeal is taken to the Workers' Compensation Appeal Board as provided by law.

If you do not agree with this Decision, an appeal must be filed with the Workers' Compensation Appeal Board within 20 days from but not including the date of this notice.

Forms for an appeal may be obtained from the Workers' Compensation Appeal Board, Capital Associates Building 901 North Seventh Street Third Floor South Harrisburg, PA 17102



**EXHIBIT**

J

Page 1 of 3

KATHLEEN HODSON - 2296947

ESIS INC
PO BOX 15527
1 BEAVER VALLEY RD
WILMINGTON, DE 19850

COMMONWEALTH OF PENNSYLVANIA
BWC LEGAL DIV
1171 S. CAMERON STREET
ROOM 327
HARRISBURG, PA 17104-2501

CIGNA
590 NAAMANS ROAD
CLAYMONT, DE 19702-2308

## Employee Witnesses & Exhibits:

Kathleen Hodson - 04/03/03

Kathleen Hodson - 04/29/03

Kathleen Hodson - 06/04/02

Kathleen Hodson - 12/02/02

Cl 01   Job Description

Cl 02   Copy of Check

Cl 03   Letter from Claimant's Counsel dated October 10, 2002

Cl 04   Accident Report

Cl 05   WC Worksheet

Cl 06   WC Denial

Cl 07   Letter from Defendant to Claimant dated February 19, 2002

Cl 08   Data Change Form

Cl 09   Stipulation

## Employer Witnesses & Exhibits:

Sheila Rist - 02/13/03

David Dinges - 02/13/03

David Dinges - 04/03/03

Df 01   Work Schedule

Df 02   Assignment Sheet

Df 03   Work Schedule

Df 04   Stipulation

## Judge Witnesses & Exhibits:

J 01    Notice of Workers' Compensation Denial dated July 26, 2001

J 02    Statement of Wages

## Hearings:

| | | |
|---|---|---|
| 4/29/2003 11:10:00 | Held | |
| 4/11/2003 13:00:00 | Held | No Record |
| 4/3/2003 09:00:00 | Held | |
| 2/13/2003 13:00:00 | Held | |
| 12/2/2002 13:30:00 | Held | |
| 10/3/2002 11:00:00 | Held | No Record |
| 9/24/2002 11:00:00 | Held | |
| 6/4/2002 14:00:00 | Held | |
| 4/29/2002 10:25:00 | Held | |

Kathleen Hodson
Claim Number 2296947
Claim and Penalty Petitions and Petitions to Modify/Suspend/Terminate Compensation
Benefits
Page 1 of 3

## DISCUSSION

The Claimant filed a Claim Petition, alleging injuries in the course of her employment with the Defendant on March 30, 2001. Subsequently, a Notice of Compensation Payable was executed, providing for the payment of compensation to the Claimant. The Claimant also filed a Penalty Petition, alleging that the Defendant violated the provisions of the Pennsylvania Workers' Compensation Act. The Defendant filed a Petition to Modify/Suspend/Terminate Compensation, alleging that the Claimant had fully recovered as of September 26, 2001. The said Petitions were consolidated for hearing and decision. At the hearing held on said Petitions on April 29, 2003, the parties hereto submitted to me an executed Compromise and Release Agreement by Stipulation Pursuant to Section 449 of the Pennsylvania Workers' Compensation Act for my approval.

## FINDINGS OF FACT

1.    The Claimant filed a Claim Petition, alleging an injury in the course of her employment with the Defendant on March 30, 2001.

2.    On July 10, 2002, a Notice of Compensation Payable was issued, which provided for compensation to the Claimant for total disability at the rate of $404.90 per week based on an average weekly wage of $607.40

3.    The Claimant filed a Penalty Petition now before me, alleging that the Defendant willfully violated the Workers' Compensation Act by failing to file either a Notice of Compensation Payable or a Denial within twenty (20) days from the date of the Claimant's injury.

4.    The Defendant filed a Petition for Modification/Suspension/Termination now before me, alleging that as of July 26, 2001, the Claimant had fully recovered from the said injury. It further alleged that the Claimant was offered a specific job. The said Petitions were consolidated for hearing and decision.

5.    At the hearing on said Petitions held on April 29, 2003, the parties presented to me an executed Compromise and Release Agreement by Stipulation Pursuant to Section 449 of the Pennsylvania Workers' Compensation Act and requested the approval of said Agreement by me.

6.    A hearing was held on said request on April 29, 2003.

7.    The Claimant was represented by an attorney throughout these proceedings and negotiations leading to the execution of the Compromise and Release Agreement. The

Kathleen Hodson
Claim Number 2296947
Claim and Penalty Petitions and Petitions to Modify/Suspend/Terminate Compensation
Benefits
Page 2 of 3

said attorney explained to her, in detail, the contents of the Compromise and Release
Agreement.

8.    The Claimant was informed of her right to a vocational evaluation. However, she
waived this requirement, as did the Defendant.

9.    The said Stipulation provides for the payment to the Claimant of a lump sum of
$57,500.00 in full satisfaction of all indemnity and medical benefits.

10.    The said Stipulation further provides that no further medical expenses shall be
paid.

11.    The said Agreement further provides that the Defendant shall reimburse the
Claimant for the Bill of Costs incurred by her in the total amount of $111.95.

12.    The said Stipulation further provides that the sum herein settled by the
Compromise and Release Agreement, namely, $57,500.00, represents all future wage
claims for workers' compensation.   The sum is compensation for impairment of the
Claimant's earning power for the remainder of her life.  Out of this sum, the Claimant is
paying $11,500.00 in attorney fees. The Claimant will net the sum of $40,000.00. The
Claimant's remaining life expectancy (according to the National Center for Health
Statistics: Vital Statistics of the United States, 1990, Life Tables, Volume 11, Section 6.
DHHS Publication No. (PHS) 92-1104, Public Health Service, Washington U.S.
Government Printing Office, 1994) is 26 years or 312 months.   Therefore, even though
the above amount is paid in a lump sum, the Claimant's monthly workers' compensation
benefit, for the purpose of determining the set-off by the Social Security Administration,
shall be $128.21 per month for 312 months, commencing April 29, 2003.    The
commencement date represents the last payment of temporary total disability benefits.
See Sciarotta vs. Bowen, 837 F 2d. 135,140-141 (3rd Cir. 1987).

13.    At the said hearing, your Workers' Compensation Judge determined that the
Claimant understood the full legal significance of the Agreement.

14.    Your Workers' Compensation Judge finds that the said Stipulation is explicit with
regard to the payment of reasonable and necessary medical expenses.

15.    Your Workers' Compensation Judge finds that the said Stipulation is in
compliance with Section 449 of the Pennsylvania Workers' Compensation Act.

## ORDER

The Petition for Approval of the Compromise and Release Agreement by
Stipulation is hereby granted.

Kathleen Hodson
Claim Number 2296947
Claim and Penalty Petitions and Petitions to Modify/Suspend/Terminate Compensation
Benefits
Page 3 of 3

The Defendant and/or its insurance carrier is hereby ordered and directed to make payments pursuant to the said Stipulation. Upon payment of the lump sum as set forth above, the Defendant's obligation for indemnity payments to the Claimant and for the payment of medical expenses shall cease.

The Defendant and/or its insurance carrier is further ordered and directed to pay Claimant's litigation costs as above set forth.

The Claimant's Claim Petition is hereby dismissed as moot.

The Claimant's Penalty Petition is hereby dismissed as moot.

The Defendant's Termination Petition is hereby dismissed as moot.

The Defendant's Modification Petition is hereby dismissed as moot.

The Defendant's Suspension Petition is hereby dismissed as moot.

The case is closed and all papers are returned herewith.

EAP/clc
Date: 04/30/03

_____
Edward A. Pastewka
Workers' Compensation Judge

## COUNSEL FEES

Claimant and her counsel have agreed upon counsel fees in the amount of twenty percent (20%). Said fee is hereby approved.

EAP/clc
Date: 04/30/03

_____
Edward A. Pastewka
Workers' Compensation Judge

ESIS
Global
RiskAdvantage™

**Integrated**

Data Valued As Of:
Version:
User ID:

INQUIRY     HOME     INQUIRY     REPORT     PROFILE     OPTIONS     MY GRA     PORTAL     LOG OUT

## CLAIM ABSTRACT

CLAIM ABSTRACT | TRANSACTIONS | CLAIM NOTES | TASKS | PRINT A
PARAMETERS

### CLAIM INFORMATION

| | | | | | | |
|---|---|---|---|---|---|---|
| **File/Claim Number:** | C 395 C 525798 9 | | **Claimant:** | HODSON;KATHLEEN | **SSN:** | |
| **Claim Adjuster:** | REP and SUP Names N/A | | **Event Date:** | 03/30/2001 | **Event Time:** | |
| **Data Loaded:** | 08/31/2005 | | **Gender:** | Female | **Age:** | |
| **Coverage:** | WC WORKERS COMPENSATION - ACE | | **Claim Type:** | COMP Compensation | **Status:** | Clos |

### CLAIM DETAILS

| | | | | | |
|---|---|---|---|---|---|
| **Report Date:** | 04/02/2001 | **Activity Date:** | 01/13/2005 | **Employer Aware Date:** | |
| **Close Date:** | 05/13/2003 | **Entry Date:** | 04/03/2001 | **Hire Date:** | |
| **Re-Open Date:** | | **Claims Made Date:** | | **Death Date:** | |
| **Aware to Report Days:** | 3 Days | **Event to Close:** | 774 Days | **Report to Close:** | |
| **Claims Made to Close:** | N/A | **Event to Report:** | 3 Days | **Event to Aware:** | |
| | | | | **Hire to Event:** | |

**Description:** LIFTING PATIENT FROM WHEELCHAIR HERNIATED DISC L4-5
**WC Denial Indicator:** N          **WC Denial Reason:**
**Litigated Claim Indicator:**

**Catastrophe Number:**
**Cause:** H1 Overexertion - In Lifting Objects
**Hazard:** M5 Taking Unsafe Position or Posture - Improper Lifting
**Damage/Injury:** 19 Ruptured Disc

**Special Analysis:** ###################960#### (Positions 42-66)
**Plant Division:** LTC0130####

| | | | |
|---|---|---|---|
| **Location:** | 0706 ERIE @ BAYSIDE 4114 SCHAPER AVE, ERIE PA | **Location Of Event:** | ERIE,PA |
| **Site:** | LTC0130 | **Event Zip:** | 16508 |
| **Event State:** | PENNSYLVANIA | **Jurisdiction:** | PENNSYLVANIA |
| **Carrier:** | 100 ACE AMERICAN INSURANCE | | |
| **Policy/Contract:** | C4WLR309074 · **Policy Period:** | 01/01/2001 **Thru:** | 01 |
| **Occupation:** | NURSING HOME - LONG TE **Job Class:** | 960 Convalescent or Nursing Home - all employees (E:1-58) **Weekly Wage:** | 60 |

### CONTACT INFORMATION

| | | | | |
|---|---|---|---|---|
| **Claim Proc. Office:** | 395 | Brandywine | | |
| **Supervisor:** | | Not Listed | **Office Phone:** | Not Listed |
| **Representative:** | | Not Listed | **Office Phone:** | Not Listed |

For US Claim Office information, including address and fax number, see the Claim Directory @ www.esis.com. For ACE International Claim Office Information, including address, fax and phone numbers click on the ACE International Claims Directory.

### ESTIMATED LOST TIME INFORMATION

#### Disability Duration

| Disability | Disability Start Date | Disability End Date | Estimated Lost Time |
|---|---|---|---|



EXHIBIT

15

## Disability Profile

**Social Security Number:** 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
**Total Disability Paid To Date:** 19,840.10
**Total Lost Time To Date:** 344 days

### FIELD CASE MANAGEMENT

Expand

**Case Summary** as of: 08/14/2005

| Duration | Invoiced Amount | Indemnity Savings | Medical Savings |
|---|---|---|---|
| 134 | 1,319.40 | 0.00 | 0.00 |

### Case Referrals

| Open Date | Close Date | Duration |
|---|---|---|
| 01/22/2003 | 06/05/2003 | 134 |

Data on this screen reflects input of other than ESIS, Inc. adjusters. Due in part to the dynamic nature of the data, ESIS, Inc. makes no warranties or representations respecting the accuracy, completeness, or reliability of such data for any purpose.
Savings estimates are not indicative of the overall impact of the FCM program. A more accurate measure is the Total Loss Cost reduction attributed to all the claims in the FCM program.

### LEGAL DISPUTE INFORMATION

**Subletter:**                          A

**Type Of Counsel:**

**Dispute Received Date:**    6/3/2002
**Disposition Date:**             4/29/2003
**Docket Number:**

**First Notice of Suit:**          N
**Dispute Type Code:**          RO    REPRESENTATION ONLY

**Plaintiff Firm IRS Number:**
**Plaintiff Attorney Name:**
**Plaintiff Firm Name:**

**Defendant Firm IRS Number:**
**Defendant Attorney Name:**
**Defendant Firm Name:**

**Outside Referral Reason:**

Legal Dispute Information included above is dynamic and may be only partially completed as the facts dev

### FINANCIAL INFORMATION

## Claim Detail Totals  - USD US Dollars

| Trans | Type | Status | Paid Indemnity | Paid Medical | Paid Expense | Outstanding Reserves | Recovery | Incurred Net Recove |
|---|---|---|---|---|---|---|---|---|
| 1 | COMP | Closed | 77,452.05 | 26,814.21 | 15,091.35 | 0.00 | 0.00 | 119,357 |

## Claim Totals - USD US Dollars

| | Gross Reserve | Paid | Outstanding Reserves | Incurred | Recovery | Incurred Net Recove |
|---|---|---|---|---|---|---|
| Indemnity | 0.00 | 77,452.05 | 0.00 | 77,452.05 | | |

| Medical Expenses | 0.00 | 25,814.21 15,091.35 | 0.00 | 26,811.24 15,091.35 |
|---|---|---|---|---|
| **Total** | **0.00** | **119,357.61** | **0.00** | **119,357.61** | **0.00** | **119,357.** |

CLAIM ABSTRACT    TRANSACTIONS    CLAIM NOTES    TASKS    PRINT ABSTRACT    PARAMETERS

Copyright © 2001 ESIS All Rights Reserved

112039

# RESIGNATION LETTER

I, Kathleen Hodson, hereby resign my employment with Integrated Health Services, Inc., effective April 29, 2003. I understand and agree that my resignation is permanent and irrevocable. In so resigning, I hereby waive any right to reapply for employment with this employer.

This resignation does not operate as a waiver and/or final release of any non-workers' compensation claims I have pending against Integrated Health Services, Inc., including my pending claim before the Pennsylvania Human Relations Commission/EEOC.

This letter does not waive my right to any vacation pay, personal/sick pay that I am entitled to.

DATE: 4/29/07

_Kathleen Hodson_
Kathleen Hodson

Barry Levine, Esquire

EXHIBIT

L

tabbies