IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

KATHLEEN HODSON,
    Plaintiff,
  v.

ALPINE MANOR, INC. d/b/a/
INTEGRATED HEALTH SERVICES
OF ERIE AT BAYSIDE,

    Defendant.

Civil No. 03-374 E

## ORDER

AND NOW, to-wit, this 17th day of May, 2007, for the reasons stated in the accompanying Opinion filed contemporaneously herewith, it is hereby ORDERED, ADJUDGED and DECREED THAT Defendants' Motion for Summary Judgment (Doc. 39) is hereby GRANTED. Judgment is hereby entered in favor of the defendant. The Clerk's office is directed to mark this case as CLOSED.

                                               Maurice B. Cohill, Jr.
                                               Senior United States District Court Judge

ecf: Counsel of record

cc: Kathleen Hodson